✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

| NORTHERN | DISTRICT OF | GEORGIA |

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. | |
| FREDERICK THOMAS, et al. | Case Number: 2:11-CR-044-RWS-SSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan S. Cole | Jeff Brown & Robert McBurney | Jeff Ertel, Michael Trost, Dan Summer, & Barry Lombardo |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/9/2011 | Debra Bull | Christina Klimenko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | T-1 | 11/9/11 |  | X | Photo of Frederick Thomas in military uniform |
|  | T-2 | 11/9/11 |  | X | Certificate of Retirement as to Frederick Thomas |
|  | T-3 | 11/9/11 |  | X | Certificate of Appreciation as to Frederick Thomas |
|  | T-4 | 11/9/11 |  | X | Honorable Discharge as to Frederick Thomas |
|  | T-5 | 11/9/11 |  | X | Photo of Frederick and Charlotte Thomas |
|  | T-7 | 11/9/11 |  | X | FBI Receipt of property seized |
|  | T-8 | 11/9/11 |  | X | Character letter as to Frederick Thomas |
|  | R-1 | 11/9/11 |  | X | Character letters as to Emory Dan Roberts |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages