≈AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

UNITED STATES OF AMERICA

V.

FREDERICK THOMAS, et al.

**EXHIBIT AND WITNESS LIST**

Case Number:  2:11-CR-044-RWS-SSC

| PRESIDING JUDGE Susan S. Cole | PLAINTIFF'S ATTORNEY Robert McBurney | DEFENDANT'S ATTORNEY Jeff Ertel, Michael Trost, Dan Summer, Barry Lombardo |
|---|---|---|
| TRIAL DATE (S) 11/15/2011 | COURT REPORTER Lois Phillips | COURTROOM DEPUTY Christina Klimenko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/15/11 | | X | Copy of How to Make Ricin recipe |
| 2 | | 11/15/11 | | X | AR15 rifle with scope (returned to the custody of the Government) |
| 3 | | 11/15/11 | | X | Silencer (returned to the custody of the Government) |
| | A-4 | 11/15/11 | | X | Photo of castor bean plants |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1  Pages