✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF GEORGIA

| UNITED STATES OF AMERICA | **EXHIBIT AND WITNESS LIST** |
|---|---|
| V. FREDERICK THOMAS, et al. | Case Number: 2:11-CR-044-RWS-SSC |

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Susan S. Cole | Robert McBurney | Jeff Ertel, Michael Trost, Dan Summer, Barry Lombardo |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/16/2011 | Lois Phillips | Christina Klimenko |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | A-1 | 11/16/11 |  | X | Photo of Ray Adams and his daughter Melissa |
|  | A-2 | 11/16/11 |  | X | Collage of photos from Masonic Home Clean-Up |
|  | A-3 | 11/16/11 |  | X | Collage of My Installation photos |
|  | A-5 | 11/16/11 |  | X | Photo of bucket of castor beans |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages